**Dale SOLEM, Relator,**

v.

**COLLEGE OF ST. SCHOLASTICA, Self–Insured/Administered by Berkley Administrators, Respondent,**

and

**Blue Cross/Blue Shield of Minnesota, Duluth Building Trades Health and Welfare Fund, Intervenors.**

No. C3–00–1177.

Supreme Court of Minnesota.

Oct. 3, 2000.

Robert C. Falsani, Eric W. Beyer, Falsani, Balmer, Peterson & Quinn, Duluth, for Relator.

James A. Wad, Johnson, Killen & Seiler, P.A., Duluth, for respondent-intervenors.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 27, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Paul H.Anderson
Associate Justice